| | |
|---|---|
| 1 | Scott Sagaria (State Bar No.217981) |
| | Elliot Gale (State Bar No. 263326) |
| 2 | Joe Angelo (State Bar No. 268542) |
| | SAGARIA LAW, P.C. |
| 3 | 2033 Gateway Place, 5th Floor |
| | San Jose, California 95110 |
| 4 | Telephone: (408) 279-2288 |
| | Facsimile: (408) 279-2299 |
| 5 | |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JOHN NEAL, | Federal Case No.: 5:15-CV-05119-RMW |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT FIRST MORTGAGE CORPORATION;** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | **[PROPOSED] ORDER** |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff John Neal and defendant First Mortgage Corporation, that First Mortgage Corporation be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | | |
|---|---|---|
| DATED: February 24, 2016 | | Sagaria Law, P.C. |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | John Neal |

| | | |
|---|---|---|
| DATED: February 24, 2016 | | Pfeifer & Reynolds, LLP |
| | By: | */s/ Michael Pfeifer* |
| | | Michael Pfeifer |
| | | Attorneys for Defendant |
| | | First Mortgage Corporation |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael Pfeifer has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, First Mortgage Corporation is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 2/25/2016

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE