1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Pl., 5th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                         SAN JOSE DIVISION

9

10 JOHN NEAL,                              Case No.: 5:15-CV-5119-RMW

11              Plaintiff,
                                           NOTICE OF SETTLEMENT
12       v.

13 EXPERIAN INFORMATION SOLUTIONS,
   INC.; et. al.,
14

15

16              Defendants.

17

18

19 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20       **PLEASE TAKE NOTICE THAT** plaintiff John Neal and defendant Equifax, Inc., by

21 and through their respective counsel of record, have reached a settlement in principle of the

22 above captioned case and are in the process of documenting said settlement.

23

24                                         **Sagaria Law, P.C.**
   Dated:   February 26, 2016              /s/ *Elliot Gale*
25                                         Elliot Gale
                                           Attorneys for Plaintiff
26

27

28

                         NOTICE OF SETTLEMENT - 1