SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN NEAL, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-05119-RMW <br><br> STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff John Neal and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER - 1

DATED: April 1, 2016          Sagaria Law, P.C.

                              By:    /s/ Elliot W. Gale
                                     Elliot W. Gale
                              Attorneys for Plaintiff
                              John Neal

DATED: April 1, 2016          Nokes & Quinn

                              By:    /s/ Thomas P. Quinn, Jr.
                                     Thomas P. Quinn, Jr.
                              Attorneys for Defendant
                              Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 4/5/2016                _Ronald M. Whyte_
                               Ronald M. Whyte
                               UNITED STATES DISTRICT JUDGE