1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
        **NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**
10
11

12 | JOHN NEAL,                | Case No.: 5:15-CV-05119-RMW
13 |                           |
14 |     Plaintiff,            |
15 |   vs.                     | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A., ERRONEOUSLY SUED AS CAPITAL ONE, NATIONAL ASSOCIATION;** [PROPOSED] **ORDER**
16 | EQUIFAX, INC.; et. al.,   |
17 |                           |
18 |     Defendants.           |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff John Neal and defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as Capital One, National Association, that Capital One be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: April 27, 2016          Sagaria Law, P.C.

                                By:   */s/ Elliot W. Gale*
                                      Elliot W. Gale
                                Attorneys for Plaintiff
                                John Neal

DATED: April 27, 2016          Doll Amir & Eley LLP

                                By: */s/ Chelsea L. Diaz*
                                Attorneys for Defendant
                                Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.
*/s/ Elliot Gale*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Capital One is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 4/29/2016                *Ronald M. Whyte*
                                RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE