SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN NEAL**,** <br><br>           Plaintiff, <br><br>      v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.**,** <br><br>           Defendants. | Case No.: 5:15-cv-05119 <br><br> NOTICE OF SETTLEMENT |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff John Neal and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   May 2, 2016

                                             **Sagaria Law, P.C.**
                                             /s/ *Elliot Gale*
                                             Elliot Gale
                                             Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1